ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6739
    Fax:              894-7327
    email:     kevin.finn@usdoj.gov
Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSANNA MONTANTE,<br><br>    Plaintiff, pro se,<br><br>    v.<br><br>ANTHONY FOXX, SECRETARY OF TRANSPORTATION (FEDERAL AVIATION ADMINISTRATION),<br><br>    Defendant. | Case No.  CV 13-0384 GAF (PJWx)<br><br>JUDGMENT<br><br><br><br>Honorable Gary A. Feess |

    Defendant's Motion for Summary Judgment came on regularly for hearing on January 13, 2014, before the Honorable Gary A. Feess, United States District Judge and the Court having

considered the pleadings, evidence presented, Memorandum of Points and Authorities and the oral argument at the time of the hearing, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's Motion for Summary Judgment be granted and judgment is hereby entered for defendant Anthony Foxx, Secretary of Transportation.

DATED: February 14, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE